# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: RAFAEL ENRIQUE PENA VIERA

Bkrtcy. No. 11-01600-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Feb 28, 2011
Meeting Date: Apr 06, 2011
DC Track No.: 14

Days from petition date: 37
Meeting Time: 11:00 AM

910 Days before Petition: 9/1/2008
☐ Chapter 13 Plan Date: Feb 28, 2011 Dkt.# 2 ☐ Amended.

This is debtor(s) 1st Bankruptcy petition.
Plan Base: $12,000.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: Apr 29, 2011 Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. / Date / Amount
Total Paid In: $200.00

### I. Appearances:
☐ Telephone ☐ Video Conference
☐ Creditor(s) present: ☒ None.

☒ Debtor Present  ☒ ID & Soc. OK  ☐ Debtor Absent
☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent
Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present ☐ Not Present
☐ Substitute attorney: Michell Vega
☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: ROBERTO FIGUEROA CARRASQUILL*
Total Agreed: $3,000.00  Paid Pre-Petition: $71.00  Outstanding: $2,929.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear;  ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☒ Under ☐ Above Median Income.
Liquidation Value: $4,917.—
Commitment Period is ☒ 36 ☐ 60 months. [§1325(b)(1)(B)]
Gen. Unsecured Pool: N/A

The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.

§341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☒ HELD OPEN FOR 10 DAYS
§341 Meeting Rescheduled for: Income Tax Return of 2010

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☒ Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS: (14%)

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Apr 06, 2011